JAMES N. KRAMER (State Bar No. 154709)
*jkramer@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard St.
San Francisco, CA  94105
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

KEVIN M. ASKEW (State Bar No. 238866)
*kaskew@orrick.com*
BLAKE L. OSBORN (State Bar No. 271849)
*bosborn@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 S. Figueroa St., Suite 3200
Los Angeles, CA  90017
Telephone:   (213) 629-2020
Facsimile:    (213) 612-2499

Attorneys for Defendants
Resonant Inc., Terry Lingren, John E. Major,
Robert B. Hammond, Janet K. Cooper,
Rick Kornfeld, and Thomas R. Joseph

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| LISA DOYLE, DERIVATIVELY AND ON BEHALF OF RESONANT, INC., <br><br> Plaintiff, <br><br> v. <br><br> TERRY LINGREN, JOHN E. MAJOR, ROBERT B. HAMMOND, JANET K. COOPER, RICK KORNFELD, and THOMAS R. JOSEPH, <br><br> Defendants, <br><br> and <br><br> RESONANT INC., <br><br> Nominal Defendant. | Case No. 15-CV-07568-SJO (MRWx) <br><br> **STIPULATION TO EXTEND STAY OF PROCEEDINGS; JOINT STATUS REPORT** <br><br> The Honorable S. James Otero |

## **STIPULATION TO EXTEND STAY OF PROCEEDINGS**

WHEREAS, this is a shareholder derivative action (the "Derivative Action") brought by a shareholder of Resonant Inc. ("Resonant" or the "Company"), derivatively on behalf of Resonant against certain of the Company's officers and directors.

WHEREAS, a related consolidated securities class action lawsuit alleging violations of the federal securities laws based on similar facts and circumstances at issue in the Derivative Action, styled *In re Resonant Inc. Sec. Litig.*, Master File No. 15-cv-01970-SJO (VBKx) (the "Securities Class Action"), is currently pending before the Court.

WHEREAS, on November 16, 2015, the Court stayed the Derivative Action, pursuant to the parties' stipulation, pending further developments in the ongoing litigation of the Securities Class Action which the parties believed were likely to impact the litigation of the Derivative Action.  *See* Dkt. No. 22.

WHEREAS, the Court set a status conference for August 29, 2016, at 8:30 a.m., and ordered the parties to file a joint status report by August 15, 2016 (*see* Dkt. No. 24), and the parties submit this Stipulation and Joint Status Report pursuant to the Court's order.

WHEREAS, on July 11, 2016, the Court issued an order in the Securities Class Action granting in part and denying in part Defendants' motions to dismiss (the "Order").

WHEREAS, pursuant to the Court's order staying the Derivative Action (Dkt. No. 22), the Order in the Securities Class Action was a "triggering event" requiring the parties to meet and confer regarding the status of the stay and the future course of the derivative action.

WHEREAS, Defendants in the Securities Class Action have filed a Motion to Certify the Court's Order Denying the Resonant Defendants' Motion to Dismiss (Dkt. No. 99) for Immediate Appeal and to Stay Proceedings Pending Appeal in the

1   Securities Class Action ("Motion to Certify"), which is noticed for a hearing on
2   September 12, 2016.

3         WHEREAS, the parties to the Derivative Action have conferred and agree
4   that a further stay of the Derivative Action, pending further developments in the
5   Securities Class Action, is appropriate and would avoid inefficiencies and
6   duplicative efforts, would better preserve the resources of the parties and the Court,
7   and would more closely align the proceedings in the Derivative Action with the
8   proceedings in the Securities Class Action.

9         WHEREAS, the Parties agree, subject to the Court's approval, that the stay
10  of the Derivative Action should be extended at least until the Court's decision on
11  the pending Motion to Certify in the Securities Class Action, and that within 21
12  days following the Court's decision on the pending Motion to Certify, the parties
13  shall meet and confer regarding the status of the stay and report to the Court with
14  the parties' respective or collective views as to whether the stay should be further
15  extended.

16        WHEREAS, in order to preserve party and judicial resources, the parties
17  further request that the status conference currently scheduled for August 29, 2016 at
18  8:30 a.m. be continued to December 5, 2016 at 8:30 a.m. or to a date thereafter that
19  is convenient to the Court.

20        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**,
21  subject to the Court's approval, that:

22        1.     The current stay of proceedings in the Derivative Action shall remain
23  in effect.

24        2.     The Individual Defendants and Resonant shall not be required to
25  move, answer, plead or otherwise respond to the Complaint (or any amended
26  complaint) during the pendency of the stay.

27        3.     In the event that Defendants during the pendency of the stay produce
28  any discovery (defined below) to the plaintiffs in the Securities Class Action, in any

other shareholder derivative action alleging substantially the same facts and claims as those in the Derivative Action ("New Derivative Action") or in any action or demand brought against Resonant pursuant to 8 Del C. §220 to compel inspection of books and records that are substantially related to the facts and claims at issue in the Derivative Action ("Books and Records Action"), Defendants shall produce to Plaintiff in the Derivative Action copies of that discovery in the form and manner in which such discovery is produced to plaintiffs in the Securities Class Action, the New Derivative Action or the Books and Records Action, provided that Plaintiff agrees to enter into and be bound by a protective order or confidentiality agreement that is substantially similar to any protective order or confidentiality agreement entered in the Securities Class Action, the New Derivative Action or the Books and Records Action, and Plaintiff agrees to pay the reasonable costs of printing and postage incurred in producing the additional copy of the discovery in the event such discovery was not produced in an electronic format, provided that Plaintiff is not responsible for the costs of any professional fees and services incurred in producing the additional copy of such discovery. For purposes of this agreement, "Discovery" is defined to include all documents produced by Defendants in the Securities Class Action, New Derivative Action or Books and Records Action; all formal responses by any of the Defendants to interrogatories, requests for production, or requests for admission in such action(s); and true and correct copies of all transcripts and exhibits for any deposition taken of any Defendant, including employees of the Company, in such action(s).

4.    Notwithstanding a stay of this action, Plaintiff is permitted to file an amended complaint.

5.    The status conference set for August 29, 2016 shall be continued to December 5, 2016 at 8:30 a.m. or to a date thereafter that is convenient to the Court.

6.    Within 21 days following the Court's decision on the pending Motion

to Certify in the Securities Class Action, the Parties will submit a status report or stipulation containing their views as to whether the stay should be further extended pending additional developments in the Securities Class Action.

**IT IS SO STIPULATED.**

Dated:   August 15, 2016        ORRICK, HERRINGTON & SUTCLIFFE LLP

By:_____ */s/ Kevin M. Askew*_____
                        Kevin M. Askew

Attorneys for Defendants

Dated:   August 15, 2016        THE ROSEN LAW FIRM, P.A.

By:_____ */s/ Laurence M. Rosen*_____
                        Laurence M. Rosen

Attorneys for Plaintiff