JAMES N. KRAMER (State Bar No. 154709)
jkramer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard St.
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

KEVIN M. ASKEW (State Bar No. 238866)
kaskew@orrick.com
BLAKE L. OSBORN (State Bar No. 271849)
bosborn@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 S. Figueroa St., Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

Attorneys for Defendants
Resonant Inc., Terry Lingren, John E. Major,
Robert B. Hammond, Janet K. Cooper,
Rick Kornfeld, and Thomas R. Joseph

**FILED**
CLERK, U.S. DISTRICT COURT

August 17, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| LISA DOYLE, DERIVATIVELY AND ON BEHALF OF RESONANT, INC., <br><br> Plaintiff, <br><br> v. <br><br> TERRY LINGREN, JOHN E. MAJOR, ROBERT B. HAMMOND, JANET K. COOPER, RICK KORNFELD, and THOMAS R. JOSEPH, <br><br> Defendants, <br><br> and <br><br> RESONANT INC., <br><br> Nominal Defendant. | Case No. 15-CV-07568-SJO (MRWx) <br><br> **ORDER EXTENDING STAY OF PROCEEDINGS** <br><br> The Honorable S. James Otero |

# **ORDER**

Upon review of the parties' Stipulation to Extend Stay of Proceedings, and for good cause shown,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The current stay of proceedings in this action (the "Derivative Action") shall remain in effect.

2. Defendants shall not be required to move, answer, plead or otherwise respond to the Complaint (or any amended complaint) during the pendency of the stay.

3. In the event that Defendants during the pendency of the stay produce any discovery (defined below) to the plaintiffs in Case No. 15-cv-01970-SJO (VBKx), *In re Resonant Inc. Sec. Litig.* (the "Securities Class Action"), in any other shareholder derivative action alleging substantially the same facts and claims as those in the Derivative Action ("New Derivative Action") or in any action or demand brought against Resonant pursuant to 8 Del C. §220 to compel inspection of books and records that are substantially related to the facts and claims at issue in the Derivative Action ("Books and Records Action"), Defendants shall produce to Plaintiff in the Derivative Action copies of that discovery in the form and manner in which such discovery is produced to plaintiffs in the Securities Class Action, the New Derivative Action or the Books and Records Action, provided that Plaintiff agrees to enter into and be bound by a protective order or confidentiality agreement that is substantially similar to any protective order or confidentiality agreement entered in the Securities Class Action, the New Derivative Action or the Books and Records Action, and Plaintiff agrees to pay the reasonable costs of printing and postage incurred in producing the additional copy of the discovery in the event such discovery was not produced in an electronic format, provided that Plaintiff is not responsible for the costs of any professional fees and services incurred in producing the additional copy of such discovery. For purposes of this agreement, "Discovery"

1 is defined to include all documents produced by Defendants in the Securities Class
2 Action, New Derivative Action or Books and Records Action; all formal responses
3 by any of the Defendants to interrogatories, requests for production, or requests for
4 admission in such action(s); and true and correct copies of all transcripts and
5 exhibits for any deposition taken of any Defendant, including employees of the
6 Company, in such action(s).

7     4.     Notwithstanding a stay of this action, Plaintiff is permitted to file an
8 amended complaint.

9     5.     The status conference set for August 29, 2016 is continued to
10 **September 12, 2016 at 8:30 a.m.**

11 ~~6.    Within 21 days following the Court's decision on the pending Motion~~
12 ~~to Certify in the Securities Class Action, the Parties will submit a status report or~~
13 ~~stipulation containing their views as to whether the stay should be further extended~~
14 ~~pending additional developments in the Securities Class Action.~~

15     **IT IS SO ORDERED.**

17     August 17, 2016
18 DATED: _____

*S. James Otero*

HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE