1  JAMES N. KRAMER (State Bar No. 154709)
   *jkramer@orrick.com*
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard St.
   San Francisco, CA  94105
4  Telephone:   (415) 773-5700
   Facsimile:   (415) 773-5759
5
   KEVIN M. ASKEW (State Bar No. 238866)
6  *kaskew@orrick.com*
   BLAKE L. OSBORN (State Bar No. 271849)
7  *bosborn@orrick.com*
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 S. Figueroa St., Suite 3200
   Los Angeles, CA  90017
9  Telephone:   (213) 629-2020
   Facsimile:   (213) 612-2499
10
11 Attorneys for Defendants
   Resonant Inc., Terry Lingren, John E. Major,
   Robert B. Hammond, Janet K. Cooper,
12 Rick Kornfeld, and Thomas R. Joseph

13 [Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| LISA DOYLE, DERIVATIVELY AND ON BEHALF OF RESONANT, INC., <br><br> Plaintiff, <br><br> v. <br><br> TERRY LINGREN, et al., <br><br> Defendants, <br><br> and <br><br> RESONANT INC., <br><br> Nominal Defendant. | Case No. 15-CV-07568-SJO (MRWx) <br><br> **NOTICE OF PROPOSED SETTLEMENT** |

**TO THE COURT:**

In accordance with Local Rule 16-15.7, the undersigned parties hereby submit this Notice of Proposed Settlement to notify the Court that Plaintiff Lisa Doyle, Defendants Terry Lingren, John E. Major, Robert B. Hammond, Janet K. Cooper, Rick Kornfeld and Thomas R. Joseph, and nominal defendant Resonant Inc. (collectively, the "Parties") have reached an agreement in principle to settle this action, subject to the Court's approval.

In light of the proposed settlement, the Parties request that the Court adjourn the Status Conference currently set for December 4, 2017. Plaintiff will file a motion for preliminary approval of the proposed settlement within thirty (30) days of the submission of this Notice of Proposed Settlement.

Dated: November 15, 2017   ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ James N. Kramer*
James N. Kramer

Attorneys for Defendants

Dated: November 15, 2017   THE ROSEN LAW FIRM, P.A.

By: */s/ Laurence M. Rosen*
Laurence M. Rosen

Attorneys for Plaintiff