Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

[*additional counsel on signature page*]

Attorneys for Plaintiff Lisa Doyle

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LISA DOYLE, DERIVATIVELY AND ON BEHALF OF RESONANT, INC., <br><br>Plaintiff, <br><br>v. <br><br>TERRY LINGREN, et al., <br><br>Defendants, <br><br>and <br><br>RESONANT INC., <br><br>Nominal Defendant. | Case No: 15-CV-07568-SJO (MRWx) <br><br>Hon. S. James Otero <br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT** <br><br>Derivative Action Filed: Sept. 25, 2015 <br><br>Hearing Date: January 22, 2018 <br>Hearing Time: 10:00 A.M. |

# NOTICE OF MOTION

TO THE COURT AND TO ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 22, 2018 at 10:00 a.m., in the above-captioned court, Plaintiff Lisa Doyle will and hereby does move under Rule 23.1(c) of the Federal Rules of Civil Procedure, before the Honorable S. James Otero, United States District Court Judge, in Courtroom 10C in the United States Courthouse, located at 350 W. 1st Street, Los Angeles, California 90012, for an order granting preliminary approval of the settlement set forth in the Stipulation of Settlement dated December 14, 2017 and filed herewith. The Stipulation resolves all shareholder derivative claims in the above-captioned shareholder derivative action pending before this Court.

Plaintiff's unopposed motion is based on the accompanying Memorandum of Points and Authorities in Support of Unopposed Motion for Preliminary Approval of Derivative Settlement, the Stipulation, the Declaration of Laurence M. Rosen in Support of Unopposed Motion for Preliminary Approval of Derivative Settlement ("Rosen Decl."), and such additional evidence or argument as may be required by the Court.

<u>Local Rule 7-3 Conference of Counsel</u>: Counsel for the parties have discussed this Motion and its subject matter on numerous occasions, including engaging in negotiations over several months, and executing the Stipulation on December 14, 2017. Defendants do not oppose this Motion.

Dated: December 15, 2017

**THE ROSEN LAW FIRM, P.A.**

By: <u>/s/ Laurence M. Rosen</u>
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Phillip Kim, Esq. (*pro hac vice*)
Yu Shi, Esq. (*pro hac vice*)
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
       yshi@rosenlegal.com

Attorneys for Plaintiff Lisa Doyle

NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney with The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA, 90071. I am over the age of eighteen.

On December 15, 2017, I electronically filed the following NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Executed on December 15, 2017.

/s/ Laurence M. Rosen
Laurence M. Rosen