Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

[*additional counsel on signature page*]

Attorneys for Plaintiff Lisa Doyle

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LISA DOYLE, DERIVATIVELY AND ON BEHALF OF RESONANT, INC., <br><br> Plaintiff, <br><br> v. <br><br> TERRY LINGREN, et al., <br><br> Defendants, <br><br> and <br><br> RESONANT INC., <br><br> Nominal Defendant. | Case No: 15-CV-07568-SJO (MRWx) <br><br> Hon. S. James Otero <br><br> **NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF DERIVATIVE SETTLEMENT** <br><br> Derivative Action Filed: Sept. 25, 2015 <br><br> Hearing Date: April 2, 2018 <br> Hearing Time: 9:00 A.M. <br> Courtroom: 10C – First Street Courthouse |

# NOTICE OF MOTION

TO THE COURT AND TO ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 2, 2018 at 9:00 a.m., in the above-captioned court, Plaintiff Lisa Doyle will and hereby does move under Rule 23.1(c) of the Federal Rules of Civil Procedure, before the Honorable S. James Otero, United States District Court Judge, in Courtroom 10C in the United States Courthouse, located at 350 W. 1st Street, Los Angeles, California 90012, for entry of a Final Judgment in the form attached as Exhibit D to the Stipulation and Agreement of Settlement (Dkt. No. 53-5) and resubmitted herewith: (1) Granting final approval of the propsed Settlement on the terms set forth in the Stipulation; and (2) Finally approving Plaintiff's Counsel's mutually agreed upon Fee Award and Service Award to Plaintiff.

Plaintiff's motion is based on the accompanying Memorandum of Points and Authorities in Support of Unopposed for Final Approval of Derivative Settlement, the Stipulation, the Declaration of Laurence M. Rosen in Support of Motion for Final Approval of Derivative Settlement ("Rosen Decl."), and such additional evidence or argument as may be required by the Court.

<u>Local Rule 7-3 Conference of Counsel</u>: Counsel for the parties have discussed this Motion and its subject matter on numerous occasions, including engaging in negotiations over several months, and executing the Stipulation on December 14, 2017 and filed with the Court on December 15, 2017 (Dkt. No. 53-1). Defendants do not oppose this Motion.

Dated: March 5, 2018         **THE ROSEN LAW FIRM, P.A.**

By: /s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610

1
NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF DERIVATIVE SETTLEMENT;
Case No: 15-CV-07568-SJO

```
 1    Facsimile: (213) 226-4684
      Email: lrosen@rosenlegal.com
 2
 3    Phillip Kim, Esq. (*pro hac vice*)
      Jonathan Horne (*pro hac vice forthcoming*)
 4    275 Madison Avenue, 34th Floor
      New York, NY 10016
 5    Telephone: (212) 686-1060
      Facsimile: (212) 202-3827
 6    Email: pkim@rosenlegal.com
      Email: jhorne@rosenlegal.com
 7
 8
 9
10    Attorneys for Plaintiff Lisa Doyle
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

2

NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF DERIVATIVE SETTLEMENT;
Case No: 15-CV-07568-SJO

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney with The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA, 90071. I am over the age of eighteen.

On March 5, 2018, I electronically filed the following NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF DERIVATIVE SETTLEMENT with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Executed on March 5, 2018.

/s/ Laurence M. Rosen
Laurence M. Rosen